UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN M. RODRIGUEZ BELTRAN,<br><br>Plaintiff,<br><br>v.<br><br>TERRAFORM GLOBAL, INC., et al.,<br><br>Defendants. | Case No. 15-cv-04981-WHO<br><br>**ORDER RELATING CASES**<br><br>Re: Dkt. Nos. 56, 63 |

Defendants filed an administrative motion to relate five cases that were removed to this Court from Santa Clara County Superior Court. *Agrawal v. TerraForm Global, Inc. et al.*, 3:15-cv-6322-EMC, *Iron Workers Mid-South Pension Fund v. TerraForm Global, Inc. et al.*, 3:15-cv-6328-JST, *Badri v. TerraForm Global Inc. et al.*, 5:15-cv-6323-BLF, *Fraser v. Wuebbels, et al.*, 5:15-cv-6326-LHK, and *Patel v. TerraForm Global, Inc. et al.*, 3:16-cv-00073-HSG (collectively "Removed Cases").[1] This case and the Removed Cases arise from the Initial Public Offering of defendant Terraform Global Inc.

Plaintiffs in the Removed Cases oppose relation, arguing that there are pending motions to remand filed in each of the Removed Cases that – if granted – will obviate the need to relate. They also argue that relation to me will delay resolution of the motions to remand, the first of which are set to be heard by Judge Chen and Judge Tigar on February 18, 2016 in *Agrawal v. TerraForm Global, Inc. et al.*, 3:15-cv-6322-EMC and *Iron Workers Mid-South Pension Fund v. TerraForm Global, Inc. et al.*, 3:15-cv-6328-JST.

I GRANT the administrative motion to relate. The substance of these cases is related and it makes sense for one judge to decide all of the upcoming motions to remand at once. Therefore,

---

[1] *Pyramid Holdings v. TerraForm Global, Inc. et al.*, 3:15-cv-05068, which was filed in the first instance in this Court, has already been related to this case.

1  **IT IS ORDERED THAT**:

2  The already-filed motions to remand in the Removed Cases are set for hearing before me
3  on **February 17, 2016 at 2:00 pm** in Courtroom 2, 17th Floor 450 Golden Gate Ave., San
4  Francisco, California.

5  Oppositions to the motions to remand (if any) shall be filed on or before **February 3, 2016**
6  and Replies (if any) shall be filed on or before **February 10, 2016**.

7  The hearing on motion to consolidate and appoint lead counsel in Case Nos. 15-4891 and
8  15-5068 is CONTINUED to **March 2, 2016**.

10  **IT IS SO ORDERED**.

11  Dated: January 20, 2016



WILLIAM H. ORRICK
United States District Judge